**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Time in Court: ___ Hrs  5  Min

Filed in Open Court:   Date: 3/9/2020   Time: 11:32   Tape: FTR GOLD

Magistrate (presiding): REGINA D. CANNON   Deputy Clerk: PHYLLIS BRANNON

Case Number: 1:20-cr-58   Defendant's Name: Ivan Van Beverhoudt
AUSA: Laurel Boatright   Defendant's Attorney: Bruce Harvey
USPO/PTR: ___   Type Counsel [✓] Retained [ ] CJA [ ] FPD ( ) Waived

___ ARREST DATE: ___
___ INTERPRETER: ___
___ INITIAL APPEARANCE HEARING. [ ] In THIS DISTRICT   Dft in custody? [✓] Yes [ ] No
    Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.
___ ORDER appointing Federal Defender Program as counsel. [ ] INITIAL APPEARANCE ONLY.
___ ORDER appointing _____ as counsel.
___ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)
___ Dft to pay attorney fees as follows: _____
___ INFORMATION/COMPLAINT filed.   ___ WAIVER OF INDICTMENT filed.
X  Copy indictment/information given to dft [X] Yes [ ] No   Read to dft? ( ) Yes ( ) No (X) Prior to Hrg
___ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.
X  ARRAIGNMENT HELD [ ] **Superseding indictment** / information   [ ] Dft's WAIVER of appearance filed.
    Arraignment continued to _____ at _____   Request of ( ) Govt ( ) Dft
___ Dft failed to appear for arraignment.   Bench warrant issued
___ Dft enters PLEA OF NOT GUILTY. [ ] Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance.
___ MOTION TO CHANGE PLEA, and order allowing same.
X  ASSIGNED TO JUDGE  Boulee  for [X] trial [ ] arraignment/sentence.
X  ASSIGNED TO MAGISTRATE  Cannon  for pretrial proceedings.
X  Estimated trial time: ___ days.   [ ] SHORT [X] MEDIUM [ ] LONG
___ PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued
    until _____ at _____ for sentencing.

U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA



FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 09 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## P L E A (With Counsel)

CRIMINAL NO. 1:20-CR-058

I, Ivan Van Beverhoudt, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to counts 1, 2, 3, 4, and 5 thereof.

In Open Court this 9th day of March, 2020.

_____
SIGNATURE (Defense Attorney)
Bruce Harvey

_____
SIGNATURE (Defendant)
Ivan Van Beverhoudt

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 404.659-4628
Bar Number: 335125

Phone: _____

Filed in Open Court by:

_____
(Signature)

_____
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12