IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Ivan Van Beverhoudt | Criminal Action No.<br><br>1:20-cr-00058-JPB-RDC |

**Motion to Allow Weapons in Courtroom**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Laurel B. Milam and Bethany L. Rupert, Assistant United States Attorneys, for the Northern District of Georgia, moves the Court, pursuant to Local Rule 83.5, for permission to bring into court for trial beginning on January 31, 2023, until the conclusion of trial, the following weapons which are evidence in the above-styled case:

Customs and Border Protection Issued 40 Caliber P2000 Pistol

Bullets found loaded in the 40 Caliber P2000 Pistol

Two Additional Magazines for the 40 Caliber P2000 Pistol

    Respectfully submitted,

    RYAN K. BUCHANAN
    *United States Attorney*

    /s/Laurel B. Milam and Bethany L. Rupert
    *Assistant United States Attorneys*
    Georgia Bar No. 426939 / 971630
    Laurel.Milam@usdoj.gov
    Bethany.Rupert@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

      Bruce Harvey, Defense Counsel for Ivan Van Beverhoudt

December 20, 2022

                                       /s/ LAUREL B. MILAM
                                       LAUREL B. MILAM
                                       *Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Action No. |
|---|---|
| v. | 1:20-cr-00058-JPB-RDC |
| Ivan Van Beverhoudt | |

**Order to Allow Weapons in Courtroom**

Good cause having been shown, pursuant to Local Rule 83.5 for the Northern District of Georgia, it is hereby ordered that the following individual be allowed to bring the following weapons:

Customs and Border Protection Issued 40 Caliber P2000 Pistol

Bullets found loaded in the 40 Caliber P2000 Pistol

Two Additional Magazines for the 40 Caliber P2000 Pistol

Homeland Security Investigations Special Agent Antonio Edwards or designee into the U.S. Courthouse on January 31, 2023, to be delivered to Courtroom 1908 on January 31, 2023, for trial proceedings and on each day thereafter until the conclusion of said trial.

So Ordered, this _____ day of _____, 20____.

_____
J. P. BOULEE
UNITED STATES DISTRICT JUDGE

Presented by:
Laurel B. Milam and Bethany L. Rupert, Assistant United States Attorneys