# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cr-00058-JPB-RDC**
**USA v. Van Beverhoudt**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 09/26/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:20 A.M.
TIME IN COURT: 00:20
OFFICE LOCATION: Atlanta
COURT REPORTER: Penny Coudriet
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| DEFENDANT: | [1]Ivan Van Beverhoudt Present at proceedings |
| ATTORNEYS PRESENT: | Bruce Harvey representing Ivan Van Beverhoudt<br>Laurel Milam representing USA |
| PROCEEDING CATEGORY: | Status Conference; |
| MINUTE TEXT: | Mr. Harvey updated the court as to the status of his ongoing state court trial. Defendant confirmed his desire to wait until Mr. Harvey becomes available to represent him at trial. The Court thus CONTINUED the pretrial conference from October 31, 2023, to **February 20, 2024, at 10:00 AM**. Jury trial was reset from November 6, 2023, to **February 26, 2024 at 9:00 AM**. A zoom status conference was scheduled for **January 16, 2024, at 10:00 AM**. |
| EXCLUDABLE DELAY: | The Court ORDERED the period of time between September 26, 2023, and February 26, 2024 be excluded from Speedy Trial Act computation pursuant to 18 U.S.C.§3161(h)(7)(A) and 18 U.S.C.§3161(h)(7)(B)(4), because the Court found the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |
| HEARING STATUS: | Hearing Concluded |